# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Yesenia Esparza

                        Plaintiff,

v.                                               Case No.: 1:16–cv–07146
                                                     Honorable Robert W. Gettleman

LNN, Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 30, 2016:

      MINUTE entry before the Honorable Robert W. Gettleman: Plaintiff's motion [4] for approval of settlement agreement and to dismiss this case without prejudice (to become with prejudice on 9/10/2016 absent a motion to enforce the settlement) and with each party to bear his or its own attorneys' fees and costs except as otherwise agreed, is granted. Civil case terminated. mailed notice (gds)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.